IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:19-CV-709-MR

| | | |
|---|---|---|
| RICHARD BOLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S MOTION** |
| | ) | **TO STRIKE AND** |
| DARRICK PHILEMON, | ) | **FOR SANCTIONS** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES Plaintiff Richard Bolen, through undersigned counsel, and moves the Court to strike the Exhibits that were submitted by Defendant in support of his Motion for Summary Judgment pursuant to Rules 36 and 37 of the Federal Rules of Civil Procedure. Specifically, Plaintiff's Motion should be granted on the following grounds:

1.      Defendant failed to respond to Interrogatories and Requests for Admission that were timely and properly served upon his counsel. Defendant's Declaration submitted as Exhibit 2 (DE 42-7) purports to contradict the admissions he made by his failure to respond to the Requests for Admission and bears on the same subject matter that Plaintiff sought to discover through Interrogatories to which Defendant made no response. Defendant's Declaration should therefore be stricken by the Court pursuant to Rules 36 and 37 of the Federal Rules of Civil Procedure.

2.      Defendant failed to respond to Requests for Production of Documents that were timely and properly served on his counsel, and he thwarted Plaintiff's attempt to obtain a complete subpoena response from a third party, the North Carolina Department of Public Safety. Defendant did not produce Exhibits 1.1 through 1.5 (DE 42-2 through 42-6) before they were submitted to

the Court, and Defendant's failure to produce these or any other responsive documents has deprived Plaintiff of a fair opportunity to respond to Defendant's Motion for Summary Judgment. The documents should therefore be stricken by the Court pursuant to Rule 37 of the Federal Rules of Civil Procedure.

3.    Undersigned counsel certifies that he has in good faith conferred with Defendant's counsel in an effort to obtain answers to Plaintiff's discovery requests without court action as reflected in the documents appended to this Motion for support.

WHEREFORE, Plaintiff moves the Court for an order to strike Exhibits 1.2 through 1.5 (DE 42-1 through DE 42-6), and Exhibit 2 (DE 42-7) that were submitted by Defendant for support of his Motion for Summary Judgment, and to grant any other sanctions that to the Court may seem just or proper.

Respectfully submitted, this the 17th day of November, 2022.

BY: /s/ Matthew R. Gambale
MATTHEW R. GAMBALE
N.C. Bar No. 43359
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan Street
Raleigh, North Carolina 27603
matt@counselcarolina.com
T: 919.373.6422
F: 919.578.3733
*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing document has been electronically filed

with the Clerk of Court using the CM/ECF system, which system will automatically generate and

send a Notice of Electronic Filings to the undersigned filing user and registered users of record in

the matter, as follows:


Bryan G. Nichols
Assistant Attorney General
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
F: 919-716-6761
bnichols@ncdoj.gov
*Attorneys for Defendant*

This the 17th day of November, 2022.


BY: /s/ Matthew R. Gambale
MATTHEW R. GAMBALE
N.C. Bar No. 43359
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan Street
Raleigh, North Carolina 27603
matt@counselcarolina.com
T: 919.373.6422
F: 919.578.3733
*Counsel for Plaintiff*